DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD GRANT** and **SHARON GRANT,**
Appellants,

v.

**DELLIE, LLC,**
Appellee.

No. 4D2024-2657

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Bowman, Judge; L.T. Case No. CACE21017728.

David S. Fabrikant of Law Office of David S. Fabrikant, P.A., Jupiter, for appellants.

Garrett Kesl and Jamie A. Sasson of Sasson Law Firm, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., and MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***